Gerald F. KROON

v.

Lloyd R. MAXWELL and Caroline
Maxwell

v.

MAXWELL SALES & ENGINEERING
CO., a Delaware corporation, Sherman
Car Wash Equipment Company, a Mich-
igan corporation and F. William Thach-
er, Jr. (Third-Party Defendants)

F. William Thacher, Jr. and Sherman Car
Wash Equipment Co., (Third-Party
Defendants), Appellants.

No. 18062.

United States Court of Appeals,
Third Circuit.

Argued March 17, 1970.

Decided March 25, 1970.

Harry A. Rutenberg, Rutenberg, Ruten-
berg, Rutenberg & Rutenberg, Philadel-
phia, Pa. (Michael J. Rutenberg, Phila-
delphia, Pa. on the brief), for appellants.

Tom P. Monteverde, Schnader, Harri-
son, Segal & Lewis, Philadelphia, Pa., for
appellees.

Before McLAUGHLIN, FREEDMAN
and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This case began as a suit by plaintiff
against two of the signers of a promis-
sory note. The defendants filed a third
party complaint against the other co-
signers of the note. After trial the dis-
trict judge made findings of fact and en-
tered judgment in favor of the plaintiff
against the defendants on the note and in
their favor as third party plaintiffs
against Thacher and Sherman Car Wash
Equipment Company for the amounts
which the third party plaintiffs were re-
quired to pay to satisfy the plaintiff's
judgment against them.[1] These third
party defendants have taken this appeal.

The findings of the district judge re-
lating to the disputed factual issues are
amply supported by the record and the
conclusions of law which he applied are
free from error.

The factual circumstances are extreme-
ly complicated and of interest only to the
parties involved. They are fully re-
viewed in the opinion of the district
judge and no useful purpose would be
served by elaborating them again.

The judgment of the district court will
be affirmed.

1. Kroon v. Maxwell, 297 F.Supp. 277 (E.D.Pa.1969).